TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DIAMOND J. ZAMBRANO
Assistant U.S. Attorney
Arizona State Bar No. 036390
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Diamond.Zambrano@usdoj.gov
Attorneys for Plaintiff

FILED May 12 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Abner Polanco,

    Defendant.

No. CR-25-00717-PHX-JFM

**INFORMATION**

VIO:   8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)
(Transportation of an Illegal Alien
Count 1

18 U.S.C. § 371
(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)
Count 2

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about April 19, 2025, in the District of Arizona, the defendant, ABNER POLANCO, knowing and in reckless disregard of the fact that a certain alien, Daniel Hernandez-Jimenez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

**COUNT 2**

Beginning on an unknown date and continuing up to and including April 19, 2025, in the District of Arizona and elsewhere, defendant ABNER POLANCO did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before April 19, 2025, unknown co-conspirators in Mexico brought Daniel Hernandez-Jimenez to the Mexican border with the United States, with the purpose that Daniel Hernandez-Jimenez would enter the United States, knowing and in reckless disregard of the fact that Daniel Hernandez-Jimenez did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about April 19, 2025, defendant ABNER POLANCO transported Daniel Hernandez-Jimenez in a vehicle within the District of Arizona to facilitate Daniel Hernandez-Jimenez's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this  27  day of  April , 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Digitally signed by DIAMOND ZAMBRANO
Date: 2025.05.12 08:38:03 -07'00'

DIAMOND J. ZAMBRANO
Assistant U.S. Attorney